UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN KERN and DYLAN KERN

    Plaintiff,

                              Case No. 21-11703

v.                              Hon. George Caram Steeh

A1 CYCLES, INC., and MIKE BELAND,
individually, and M3-MAD MONKEY
MOTORSPORTS, LLC, and BRANDON WHITE
and CYNTHIA WHITE, individually.

    Defendants.

---

ORDER GRANTING PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT AND
<u>PERMANENT INJUNCTION (ECF NO. 14)</u>

    WHEREAS Defendants have failed to plead or otherwise defend as provided by Federal Rule of Civil Procedure 12; and

    WHEREAS the Court, having considered Plaintiffs' Motion for Default Judgment and supporting brief and evidence, GRANTS the motion and hereby orders as follows:

    a.    Defendants are found to have infringed Plaintiffs' United States Patent No. D902834S and have violated 35 U.S.C. §§ 271, 283, 284, and 285, and it is further held that Defendants' conduct was willful.

1

    b.    The Court finds that this is an exceptional case and that Plaintiffs are entitled to trebling of damages and attorneys' fees.

    c.    The Court awards Plaintiffs lost profits damages in the amount of $50,960.00, which are being trebled to a total of $152,880.00.

    d.    Plaintiffs are awarded their reasonable attorneys' fees which are $33,361.50.

    e.    Plaintiffs are awarded costs in the amount of $939.50.

    f.    Therefore, the court awards damages, reasonable attorneys' fees, and costs in favor of Plaintiffs and against Defendants in the total amount of $187,181.00.

In addition, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65, the Court ORDERS that Defendants A1 Cycles, Inc. and M3-Mad Monkey Motorsports, LLC, their parents, subsidiaries, successors, assigns, officers, agents, servants, employees, and persons in active concert or participation therewith who have actual notice of this Order, including Mike Beland, Brandon/Branon White, and Cynthia White (collectively, the "Defendants") are hereby permanently enjoined and prohibited from engaging in future acts of infringement of U.S. Patent No. D902834S ("the 'D834 Patent") by making, using, offering for sale, selling, or importing products in the United

States that look the same or substantially the same as the motorcycle engine clutch rod shown in the drawings of the 'D834 Patent.

This injunction shall expire upon the abandonment, invalidation or expiration of the 'D834 Patent.

SO ORDERED.


Dated: April 18, 2022                s/George Caram Steeh
                                     George Caram Steeh
                                     United States District Judge